**Motion Granted; Appeal Dismissed and Memorandum Opinion filed December 4, 2018.**



In The

# Fourteenth Court of Appeals

## NO. 14-18-00914-CR

**RACHEL NICOLE RYAN, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 25th District Court**
**Guadalupe County, Texas**
**Trial Court Cause No. 16-2227-CR-C**

## M E M O R A N D U M   O P I N I O N

Appellant Rachel Nicole Ryan has signed and filed a written motion to withdraw her notice of appeal. *See* Tex. R. App. P. 42.2. Because this court has not delivered an opinion, we grant appellant's motion and dismiss the appeal.

PER CURIAM

Panel consists of Justices Boyce, Christopher, and Jewell
Do Not Publish – Tex. R. App. P. 47.2(b)